NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIE CURTIS STURGIS,                )
                                       )
            Appellant,                 )
                                       )
v.                                     )          Case Nos. 2D16-5517
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
_____   )

Opinion filed May 23, 2018.

Appeal from the Circuit Court for Lee
County; J. Frank Porter, Judge.

Willie Curtis Sturgis, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Susan M. Shanahan,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


                Affirmed.


KELLY, MORRIS, and LUCAS, JJ., Concur.